IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| DAVID WAYNE GADDY | § | PLAINTIFF |
| --- | --- | --- |
| | § | |
| v. | § | CIVIL ACTION NO. 1:10CV59-LG-RHW |
| | § | |
| FRANKLIN D. BREWER, Warden, and | § | |
| JIM HOOD, Attorney General | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation [14] entered by United States Magistrate Judge Robert H. Walker, the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation [14] entered by United States Magistrate Judge Robert H. Walker on June 18, 2010, is **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendants' Motion to Dismiss [7] is **GRANTED**. David Wayne Gaddy's Petition is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 30th day of July, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE